# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Noreen Nickerson-Cruz,<br><br>          Plaintiff,<br><br>v.<br><br>Banner Long-Term Disability Plan, Banner Boswell Medical Center, Banner Plan Administration, Banner Health,<br><br>          Defendants. | No.  CV-11-1524-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 21),

**IT IS ORDERED** dismissing this case **with prejudice**.  Each side shall bear its own costs and attorneys' fees.

Dated this 18th day of April, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge

{00050563.1 }